# PLAINTIFF'S EXHIBITS



Matthew Dietz <mdietz@justdigit.org>
Fri 3/19/2021 4:46 PM
**To:** Lauren Tobin
**Cc:** Nicolas Martinez <nmartin

Ms. Tobin,

My client does not authorize me to accept or to waive service and I have not been retained yet to represent him in this matter, and I'm not sure if I will be.

## Matthew W. Dietz, Esq.
### Litigation Director
### Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
TTY: (786) 621-5647
e-mail: mdietz@justDIGit.org
web: www.justDIGit.org



# RETURN OF NON-SERVICE

**State of Florida**  **County of Southern District**

Case Number: 1:21-CV-20923-JEM

Plaintiff:
**AMBER MCGUIRE**

vs.

Defendant:
**PETER E. MASI**

For:
Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

Received by DILIGENT LEGAL SERVICES on the 9th day of April, 2021 at 4:39 pm to be served on **Peter Masi, 21183 S.W. 85th Avenue, Unit 401, Miami, FL 33189**.

I, JACQUELINE VALEA, do hereby affirm that on the **19th day of May, 2021** at **5:00 pm, I:**

**NON-SERVED** the **Summons, Complaint, Discovery at the address of 21183 S.W. 85th Avenue, Unit 401, Miami, FL 33189** for the reason that I failed to find **Peter Masi** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
ORIGINAL ADDRESS PROVIDED DIDN'T EXIST. I THEN ATTEMPTED 21133 S.W. 85th Avenue, Unit 401, Miami, FL 33189, BUT AFTER SEVERAL ATTEMPTS MADE AT ALL HOURS OF THE DAY AND NIGHT, I WAS UNABLE TO LOCATE THE SUBJECT AT THE ADDRESS. SUBJECT'S NAME WAS LISTED ON THE CALL BOX. ON SEVERAL OCCASIONS I COULD HEAR THE TV ON INSIDE AND SEE LIGHTS ON INSIDE, BUT NO ONE WOULD ANSWER THE DOOR. I ALSO ATTEMPTED 8807 SW 129 ST, MIAMI, FL 33176, BUT WAS UNABLE TO LOCATE THE SUBJECT. ON THE FIRST ATTEMPT A WOMAN CAME TO THE DOOR AND ADVISED THAT HE WORKED IN THE FIELD AND WASN'T CURRENTLY IN THE OFFICE. I CONTINUED TO ATTEMPT, BUT THE OFFICE WAS ALWAYS CLOSED. SEVERAL CARS PARKED OUT FRONT AND CAMERAS ON THE DOOR.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525."

**JACQUELINE VALEA**
CPS 1681

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2021001347

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

# RETURN OF NON-SERVICE

**State of Florida**             **County of Southern District**

Case Number: 1:21-CV-20923-JEM

Plaintiff:
**AMBER MCGUIRE**

DGT2021001453

vs.

Defendant:
**PETER E. MASI**

For:
Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

Received by DILIGENT LEGAL SERVICES on the 20th day of April, 2021 at 2:19 pm to be served on **Greenstar Landscaping, Co c/o Peter E Masi, 21133 Sw 85th Avenue, Unit 401, Miami, FL 33189**.

I, JACQUELINE VALEA, do hereby affirm that on the **19th day of May, 2021** at **5:00 pm, I:**

**NON-SERVED** the **Summons and Complaint at the address of 21133 Sw 85th Avenue, Unit 401, Miami, FL 33189** for the reason that I failed to find **Greenstar Landscaping, Co c/o Peter E Masi** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
I ATTEMPTED 21133 S.W. 85th Avenue, Unit 401, Miami, FL 33189, BUT AFTER SEVERAL ATTEMPTS MADE AT ALL HOURS OF THE DAY AND NIGHT, I WAS UNABLE TO LOCATE THE SUBJECT AT THE ADDRESS. SUBJECT'S NAME WAS LISTED ON THE CALL BOX. ON SEVERAL OCCASIONS I COULD HEAR THE TV ON INSIDE AND SEE LIGHTS ON INSIDE, BUT NO ONE WOULD ANSWER THE DOOR. I ALSO ATTEMPTED 8807 SW 129 ST, MIAMI, FL 33176, BUT WAS UNABLE TO LOCATE THE SUBJECT. NUMEROUS ATTEMPTS MADE, BUT THE OFFICE WAS ALWAYS CLOSED. SEVERAL CARS PARKED OUT FRONT AND CAMERAS ON THE DOOR.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

*(signature)*

**JACQUELINE VALEA**
CPS 1681

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2021001453

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

**From:** Matthew Dietz <mdietz@justdigit.org>
**Sent:** Thursday, May 20, 2021 3:00:23 PM
**To:** Lauren Tobin <lauren@dereksmithlaw.com>
**Cc:** Nicolas Martinez <nmartinez@dereksmithlaw.com>
**Subject:** RE: [EXTERNAL] Amber McGuire v. Greenstar Landscaping Co.

Ms. Tobin,

I do not have authority to accept service, as I do not know who may be representing them in this matter. However, it is difficult to believe that service would be difficult. They have an office and staff.

## Matthew W. Dietz, Esq.
Litigation Director
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, FL 33133
Tel: (305) 669-2822
Fax: (305) 442-4181
TTY: (786) 621-5647
e-mail: mdietz@justDIGit.org
web: www.justDIGit.org

**Lauren Tobin**
Tue 5/18/2021
4:38 PM
**To:** petermasi@greenstarlands
**Cc:** Dylan Brown

> McGuire- Waiver of the Servi...
> 267 KB

2 attachments (638 KB)   Download all   Save all to OneDrive - Derek Smith Law Group

Good afternoon,

A lawsuit has been filed against you, individually, and Greenstar Landscaping Co. I have attempted to serve you at your home and place of business several times. If you would like to waive service to receive an extended deadline to file your Answer to the Complaint, please execute and return the attached Waiver of Service as soon as possible to this email address. The filed Complaint is attached to this email. If you continue to avoid service, you risk entering into default whereupon the Plaintiff will be deemed to have prevailed on all claims.

Your immediate attention to this matter is required.

All my best,

**Lauren Tobin, Esq.**
*Admitted FL

# DEREK SMITH LAW GROUP, PLLC

**The Employment Lawyers™**
*Representing Employees Exclusively*
T: (305) 946-1884 | D: (786) 604-0482 | Email: lauren@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles**



 *The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**EXHIBIT F**

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Southern District District of Florida

Case Number: 1:21-CV-20923-JEM

Plaintiff:
**AMBER MCGUIRE**

vs.

Defendant:
**PETER E. MASI**



DGT2021001721

For:
Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

Received by DILIGENT LEGAL SERVICES on the 25th day of May, 2021 at 8:19 pm to be served on **Peter Masi, 5789 SW 77th Terrace, South Miami, FL**.

I, GREG SCHULTE, do hereby affirm that on the **26th day of May, 2021** at **5:00 pm, I:**

**NON-SERVED** the **Summons, Complaint, Discovery at the address of 5789 SW 77th Terrace, South Miami, FL** for the reason that I failed to find **Peter Masi** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
DOES NOT LIVE AT THE GIVEN ADDRESS PER MOTHER, ROSANNA MASI.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GREG SCHULTE
CPS #245

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2021001721

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b



| Diligent Legal Services | **INVOICE** | Invoice #DGT-2021001453 |
|---|---|---|
| 1497 Main Street | | 5/21/2021 |
| Suite 210 | | |
| Dunedin, FL 34698 | | |
| Phone: (727) 424-7367 | | |
| 61-1664919 | | |

Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

**Case Number: Southern District 1:21-CV-20923-JEM**

Plaintiff:
**AMBER MCGUIRE**

Defendant:
**PETER E. MASI**

Received: 4/20/2021   Non-Served: 5/19/2021  NON-SERVE - OTHER
To be served on: Greenstar Landscaping, Co c/o Peter E Masi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH 21133 sw 85TH Ave, Miami, FL 33189 | 1.00 | 150.00 | 150.00 |
| RUSH 8807 sw 129TH Street, Miami, FL | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $300.00 |

| **BALANCE DUE:** | | | **$300.00** |
|---|---|---|---|

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Please Kindly Note: This invoice is payable upon receipt.  Thank you for assisting us in keeping our servers compensated timely and motivated to give your future work preferential treatment.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

**EXHIBIT H**

| | | |
|---|---|---|
| Diligent Legal Services<br>1497 Main Street<br>Suite 210<br>Dunedin, FL 34698<br>Phone: (727) 424-7367<br>61-1664919 | **INVOICE** | Invoice #DGT-2021001347<br>5/21/2021<br> |

Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

**Case Number: Southern District 1:21-CV-20923-JEM**

Plaintiff:
**AMBER MCGUIRE**

Defendant:
**PETER E. MASI**

Received: 4/9/2021    Non-Served: 5/19/2021  NON-SERVE - OTHER
To be served on: Peter Masi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH 21183 S.W. 85th Ave., Unit 401, Miami, FL 33189 | 1.00 | 150.00 | 150.00 |
| RUSH 21133 sw 85Hth Ave, Miami, FL | 1.00 | 150.00 | 150.00 |
| RUSH 8807 SW 129 ST, MIAMI, FL 33176 | 1.00 | 150.00 | 150.00 |
| Tag Run/Research | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $500.00 |

**BALANCE DUE:**                                                                                           **$500.00**

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Please Kindly Note: This invoice is payable upon receipt.  Thank you for assisting us in keeping our servers compensated timely and motivated to give your future work preferential treatment.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

| Diligent Legal Services | **INVOICE** | Invoice #DGT-2021001721 |
|---|---|---|
| 1497 Main Street | | 5/28/2021 |
| Suite 210 | | |
| Dunedin, FL 34698 | |  |
| Phone: (727) 424-7367 | | |
| 61-1664919 | | |

Dylan Brown
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Jensen Beach, FL 34957

**Case Number: Southern District 1:21-CV-20923-JEM**

Plaintiff:
**AMBER MCGUIRE**

Defendant:
**PETER E. MASI**

Received: 5/25/2021   Non-Served: 5/26/2021   NON-SERVE - OTHER
To be served on: Peter Masi

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH 5789 SW 77TH Ter, South Miami, FL | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $150.00 |

| **BALANCE DUE:** | | | **$150.00** |

Please enclose a copy of this invoice with your payment.

PLEASE KINDLY NOTE OUR NEW MAILING ADDRESS IS:

Diligent Legal Services
1497 Main Street, Suite 210
Dunedin, Florida 34698

Please Kindly Note: This invoice is payable upon receipt.  Thank you for assisting us in keeping our servers compensated timely and motivated to give your future work preferential treatment.

Page 1 / 1