**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMBER MCGUIRE,

    Plaintiff,                                                        CASE NO.: 1:21-cv-20923-JEM

v.

GREENSTAR LANDSCAPING, CO., and
PETER MASI, in his individual capacity.,

    Defendant.

_____/

**<u>NOTICE OF FILING PROPOSED ORDER</u>**

Pursuant to this Court's local rules and the Federal Rules of Civil Procedure, Plaintiff respectfully submits the attached proposed order.

Dated: Miami, Florida
         June 2, 2021

                                              Respectfully submitted,

                                              DEREK SMITH LAW GROUP, PLLC
                                              *Attorneys for Plaintiff*

                                              */s/* _____
                                              Lauren Tobin, Esq.
                                              Florida Bar No. 1024850
                                              Lauren@dereksmithlaw.com
                                              701 Brickell Avenue, Suite 1310
                                              Miami, FL 33131
                                              Tel: (305) 946-1884
                                              Fax: (305) 503-6741
                                              lauren@dereksmithlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 2, 2021, a copy of the foregoing is being served on all counsel of record identified on the attached Service List.

By: s/Lauren Tobin, Esq.
Lauren Tobin, Esq.

## **SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**AMBER MCGUIRE V. GREENSTAR LANDSCAPING CO. and PETER E. MASI**
**CASE NO.: 1:21-CV-20923-JEM**