AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AMBER MCGUIRE | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-20923-JEM |
| GREENSTAR LANDSCAPING CO., and PETER MASI, in his individual capacity. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREENSTAR LANDSCAPING CO.
c/o Secretary of State
P.O. Box 6327
Tallahassee, Florida 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Derek Smith Law Group, PLLC
Attn. Lauren Tobin, Esq.
701 Brickell Avenue, Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 06/22/2021

Angela E. Noble
Clerk of Court

*s/ Janier Arellano*
Deputy Clerk
U.S. District Courts