**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AMBER MCGUIRE,                                              CASE NO.:1:21-cv-20923-JEM

      Plaintiff,

      **v.**

GREENSTAR LANDSCAPING, CO., and
PETER MASI, in his individual capacity.,

      Defendant.

_____/

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiff, Amber McGuire, by and through her counsel the Derek Smith Law Group, PLLC, files this Corrected Notice of Voluntary Dismissal, with prejudice as to Plaintiff's federal claims against Defendant Greenstar Landscaping, Co. and Defendant Peter Masi (collectively "Defendants"), in the above captioned matter, pursuant to Rule 41 of the Federal Rules of Civil Procedure. All other claims available to Plaintiff are dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The matter is being dismissed having been advised of the Court's lack of jurisdiction over the Defendants to bring the herein claims.

Plaintiff further certifies that a copy of the forgoing was provided to counsel for Defendants.

Dated: August 18, 2021
      Miami, Florida

                          **DEREK SMITH LAW GROUP, PLLC**

                          _____
                          Lauren Tobin, Esq.
                          Fla. Bar No. 1024850
                          Derek Smith Law Group, PLLC

*Attorneys for Plaintiffs*
701 Brickell Avenue, Suite 1310
Miami, Florida 33131
Tel: (305) 946-1884
Lauren@dereksmithlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the CM/ECF E-Filing Portal and was served via e-mail generated by the Southern District of Florida on Wednesday, August 18, 2021 to:

WEISS SEROTA HELFMAN COLE & BIERMAN

Porpoise Evans, Esq.

2525 Ponce de Leon Blvd., Suite 700

Coral Gables, Florida 33134

T: (305) 728-4159

pevans@wsh-law.com

*Attorneys for Defendant*

/s/<u>*Lauren Tobin, Esq.*</u>

Lauren Tobin, Esq.

Florida Bar No. 1024850
