UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-20923-CIV-MARTINEZ-BECERRA

AMBER MCGUIRE,

    Plaintiff,

v.

GREENSTAR LANDSCAPING, CO.,
PETER MASI,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Plaintiff's Second Corrected Notice of Voluntary Dismissal of Complaint. [ECF No. 25]. Plaintiff voluntarily dismisses Counts I, II, and III of the Complaint with prejudice, and Counts IV, V, and VI of the Complaint without prejudice. *Id.* Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED**. Counts I, II, and III of the Complaint are dismissed with prejudice. Counts IV, V, and VI of the Complaint are dismissed without prejudice.

2. Each party shall bear their own attorneys' fees and costs.

3. All pending motions are **DENIED AS MOOT**.

4. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record